FILED

01/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS MANN POST NO. 81 OF THE AMERICAN LEGION,

and TOWN OF CULBERTSON,

     Plaintiffs,
     Counterdefendants, and
     Appellees,

             -vs-

KNUDSEN FAMILY LIMITED PARTNERSHIP,

     Defendant,
     Counterclaimant, and
     Appellant.

**CAUSE NO. DA 21-0402**

ORDER APPROVING APPELLEE TOWN OF CULBERTSON'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Upon consideration of the unopposed motion of additional time filed by Plaintiff/Counterdefendant/Appellee Plaintiff Town of Culbertson, and for good cause, TOWN OF CULBERTSON's Motion for a 30-day extension to file its response brief is GRANTED.

Plaintiff/Counterdefendant/Appellee TOWN OF CULBERTSON response brief shall be filed on or before February 16, 2022.

-1-

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2022